UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK ACKERMAN,

    Plaintiff,

v.      CASE NO: 8:06-cv-843-T-26TGW

DEAF AND HEARING CONNECTION
FOR TAMPA BAY, INC., d/b/a
BAYOU COURTYARD,

    Defendant.
    _____/

**O R D E R**

Upon due consideration of Plaintiff's submissions, it is ordered and adjudged as follows:

1) Plaintiff's Request for Hearing (Dkt. 2) is granted.

2) The Court will conduct a hearing on Plaintiff's Motion for Preliminary Injunction on Thursday, May 25, 2006, at 9:30 a.m., in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

3) Plaintiff shall effect service on Defendant with regard to the complaint, the motion for preliminary injunction and supporting memorandum, and this order on or before May 19, 2006.

4) Defendant shall file its response to the motion for preliminary injunction on or before May 23, 2006.

5) Plaintiff's Motion for Temporary Restraining Order (Dkt. 2) is denied as moot in view of the fact that the Court has scheduled a hearing on the motion for preliminary injunction prior to the scheduled expiration of Plaintiff's lease with Defendant.

**DONE AND ORDERED** at Tampa, Florida, on May 5, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record