UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK ACKERMAN,

    Plaintiff,

v.                                             CASE NO: 8:06-cv-843-T-26TGW

DEAF AND HEARING CONNECTION
FOR TAMPA BAY, INC., d/b/a
BAYOU COURT,

    Defendant.
                                         /

**O R D E R**

        Before the Court is Plaintiff's Motion for Emergency Stay Pending Appeal of Denial of Preliminary Injunction. After careful consideration of the motion, together with the prior proceedings held in connection with Plaintiff's motion for preliminary injunction, the Court is of the opinion that the motion is due to be denied. Consequently, the Court needs no response from Defendant.

        Plaintiff seeks an order staying the Court's denial of the motion for preliminary injunction. Even if the Court were to grant the motion, it would not afford Plaintiff the relief he seeks - continued residency at Defendant's apartments - because the effect of any such stay order would still allow Defendant to take appropriate legal action to remove Plaintiff from the apartments. What Plaintiff is seeking in reality is the entry of an order in his favor compelling

Defendant to renew Plaintiff's lease, an order which the Court has declined to enter.

Accordingly, the Motion for Emergency Stay Pending Appeal (Dkt. 30) is denied.

**DONE AND ORDERED** at Tampa, Florida, on June 5, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record